UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.    1:19-cr-00076-RLY-MKK-1 |
| | ) | |
| CHRISTOPHER MCGORDON, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 6, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 21, 2026. Defendant appeared in person with his retained counsel Samuel Lloyd Fife. The government appeared by Edward Matthew Barloh, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Bethany Greenup.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant admitted violation number 1. [Docket No. 63.] Government orally moved to withdraw the remaining violation, which motion was granted by the Court.

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |
| 1 | **On December 30, 2025, Mr. McGordon submitted a urinalysis sample that tested positive for Fentanyl and Cocaine. He denied use and requested confirmation testing be completed. These results confirmed positive for both Fentanyl and Cocaine.** |

As previously reported to the Court, Mr. McGordon tested positive for Fentanyl on July 16, 2024, June 30, 2025, November 24, 2025, and December 1, 2025; with him also testing positive for Cannabinoids on November 24, 2025.

4.      The parties stipulated that:

(a)      The highest grade of violation is a Grade B violation.

(b)      Defendant's criminal history category is V.

(c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5.      The parties jointly recommended a sentence of 18 months with no supervised release to follow. Defendant requested placement as close to Indianapolis as possible with the lowest level security as possible.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of **18 months with no supervised release to follow**. The Magistrate Judge will make a recommendation of placement as close to Indianapolis as possible with the lowest level security as possible. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

2

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 3/8/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system